RECF***

# IN THE UNITED STATE DISTICT COURT

Donna M. Paul
Petitioner

vs.    2:06mc3293-MHT

UNITED STATES
Respondent

## PETITION TO QUASH SUMMONS

**COMES NOW**, the Petitioner, by and through Pro'se Dr. Donna M. Paul, has Petition the court to Quash all Summons reason being:

1.   Jurisdiction-The United States district court for which this Petition to Quash Summons are filed is the district within which the person to summoned resides.

2.   The Names and address of the entities to whom the notices are directed

   a.) Amsouth Bank
       P.O. Box 11007, Birmingham Alabama 35288
   b.) Bern Butler Capilouto and Massey, P.C.
       4137 Carmichael Road, Montgomery, Alabama 36106
   c.) MacNeice Economic Development EIN: 63-1280566,
       500 Arba Street, Montgomery, Alabama 36101
   d.) PDI Ministries
       500 Arba Street, Montgomery, Alabama 36101
   e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
       500 Arba Street, Montgomery, Alabama 36101
   f.) PDI Real Estate, Inc. EIN: 63-1278631
       500 Arba Street, Montgomery, Alabama 36101
   g.) Peoples Bank and Trust Company
       Post Office Box 799, Selma, Alabama 36702-0799
   h.) Regions Bank
       Post Office Box 681, Birmingham, Alabama 35201

*1*

3.   The above entities records or testimony sought by the summons are attachs as ATTACHMENT I.

4.   The legal argument supporting the relief requested are:

The entities record or testimony sought by the summons Attachment to summons issued to the above is not me. Wrong person, my name is not Donna S. Paul SSN: 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 see attach

Dated this 28th day of March, 2006

_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
    a.) Amsouth Bank
        P.O. Box 11007, Birmingham Alabama 35288
    b.) Bern Butler Capilouto and Massey, P.C.
        4137 Carmichael Road, Montgomery, Alabama 36106
    c.) MacNeice Economic Development EIN: 63-1280566,
        500 Arba Street, Montgomery, Alabama 36101
    d.) PDI Ministries
        500 Arba Street, Montgomery, Alabama 36101
    e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
        500 Arba Street, Montgomery, Alabama 36101
    f.) PDI Real Estate, Inc. EIN: 63-1278631
        500 Arba Street, Montgomery, Alabama 36101
    g.) Peoples Bank and Trust Company
        Post Office Box 799, Selma, Alabama 36702-0799
    h.) Regions Bank
        Post Office Box 681, Birmingham, Alabama 35201

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 28th day of March 28, 2006.

_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383