IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06mc3293-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| etc., ) | |
| ) | |
|    Respondent. ) | |

ORDER

Upon consideration of petitioner's motion to quash summonses (doc. no. 1), it is ORDERED that respondent United States of America show cause, if any there be, in writing by May 17, 2006, as to why said motion should not be granted.

DONE, this the 25th day of April, 2006.

                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE