RECEIVED

# IN THE UNITED STATE DISTICT COURT

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dr. Donna M. Paul
Petitioner

vs.                                    CIVIL ACTION NO.
                                       2:06 mc 3293 MHT

UNITED STATES
Respondent

## MOTION TO GRANT, PETITION TO QUASH SUMMONS.

**COMES NOW**, the Petitioner, by and through Pro'se Dr. Donna M. Paul, has Filed this Motion to Grant, Petition to Quash Summons reason being:

Respondent, was ORDERED to show cause, if any there be, in writing by April 17, 2006 (See enclosed ORDER done March 31st 2006). Respondent did not show cause in writing nor ask for an extension of time. Petition, therefore request of the court to granted petition to quash summons.

Respectfully submitted this 3rd day of May, 2006.

_____
Dr. Donna M. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this 3rd day of May, 2006.

_____
Dr. Donna M. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383