May 03 06 Case 2:06-mc-03293-MHT-VPM   Document 4-2   Filed 05/04/2006   Page 1 of 1
William & Donna Paul   334-514-4384   p.9
Case: 2:06-mc-03293-MHT-VPM   Document #: 2-1   Date Filed: 03/31/2006   Page 1 of 1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06mc3293MHT |
| UNITED STATES OF AMERICA, etc., | ) |
| Respondent. | ) |

## ORDER

Upon consideration of petitioner's motion to quash summonses (doc. no. 1), it is ORDERED that respondent United States of America show cause, if any there be, in writing by April 17, 2006, as to why said motion should not be granted.

DONE, this the 31st day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE