IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DONNA M. PAUL,                    )
                                  )
     Petitioner,                  )
                                  )        CIVIL ACTION NO.
     v.                           )        2:06mc3293-MHT
                                  )
UNITED STATES OF AMERICA,         )
etc.,                             )
                                  )
     Respondent.                  )

ORDER

It is ORDERED that the motion to grant (doc. no. 4) is denied.

DONE, this the 5th day of May, 2006.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE