IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DONNA M. PAUL,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> **etc.,** ) <br> ) <br> Respondent. ) | **CIVIL ACTION NO.** <br> **2:06mc3293-MHT** |

### ORDER

It is ORDERED that respondent's motion to dismiss (doc. no. 6) is set for submission, without oral argument, on June 2, 2006, with all briefs due by said date. Petitioner is informed that if she fails to respond within the time allowed, the court will assume that she has no objection to the dismissal motion and this case will be dismissed.

DONE, this the 18th day of May, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**