RECEIVED

# IN THE UNITED STATE DISTICT COURT

**Donna Paul**
**Petitioner**

CIVIL ACTION NO
~~2:06mc3292-MHT~~
2:06 mc 3293 -T

vs.

**UNITED STATES**
**Respondent**

## RESPONSE/ANSWERS TO MOTION TO DISMISS

**COMES NOW**, the Petitioner, by and through Pro'se Donna Paul, has filed a Response/Answers to Motion to Dismiss reason being:

1. Jurisdiction-The United States was served, in-accordance with the instruction given to petitioner by IRS per U.S., mail. IRS instruction, indicated that in order to petition to quash summons, a copy of the petition must be served on United States through their agent ( IRS Agent Mr. Ellis). This was done, by Certificate of Services to:
   Larry J. Ellis, Officer
   Internal Revenue Service
   1285 Carmichael Way, Montgomery, AL 36106

2. The court ORDERED Respondent to respond on or by April 17th 2006. The Respondent did not. Without respondent making a written request, the court ORDERED Respondent to respond on or by May 17th 2006. During this period of time, the Respondent requested a motion for dismissal, although the above showed Respondent was notified.

3. Finally, the petitioner objected to the dismissal motion. The reason why the petitioner, filed the Petition to Quash Summons is because, IRS used the wrong NAME and SSN in requesting information on the petitioner. Therefore, the wrong information will cause irrevocable and unnecessary harm to the

1

SCANNED
C8 5326

petitioner. The petitioner, pleads with the Court to grant the Petition to Quash Summons.

Respectfully submitted 26th day of May, 2006

*Dr. Donna M. Paul*, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383


## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
   R. Randolph
   Assistant United States Attorney
   Post Office Box 197
   Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 26th day of May, 2006.

Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

2