**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. Randl M. Neeley
Ass. Stent United State Atty
Post Office Box 197
Montgomery Al 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
5/5/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0002 0273 2657

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MONTGOMERY AL 36101

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

0502
09
Postmark
Here

05/04/2006

7006 0100 0002 0273 2657

Sent To R. Randolph Neeley
Street, Apt No.; or PO Box No. PO Box 197
City, State, ZIP+4 Montgomery AL 36101 0197

PS Form 3800, June 2002        See Reverse for Instructions

---

**Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MONTGOMERY AL 36101

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

0502
09
Postmark
Here

05/04/2006

7006 0100 0002 0273 2657

Sent To R. Randolph Neeley
Street, Apt No.; or PO Box No. PO Box 197
City, State, ZIP+4 Montgomery AL 36101 0197

PS Form 3800, June 2002        See Reverse for Instructions



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr Donna Paul
102 Meadows woods
Wetumpka, AL 36093

R011