IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 02:06mc3293-MHT-VPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**INTERIM REPORT**

Comes now the respondent, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this interim report to the Court in accordance with its Order of June 5, 2006.

1. The undersigned attempted to contact the petitioner via telephone on or about June 6, 2006, but was unsuccessful. Considering the petitioner's profession, a certified letter and attachments were sent to petitioner the same day,[1] requesting she initiate contact. The return receipt indicates that the letter was received at the petitioner's home and business on June 8, 2006.[2]

2. By letter dated June 14, 2006, and received by the undersigned on June 15, 2006, the petitioner requested an after hours phone number where the undersigned could

---

[1] See Attachment 1 hereto.

[2] See Attachment 2 hereto.

be reached.[3]  The undersigned responded to the petitioner's request with an offer to remain at his office on Monday, June 19, 2006, until 6 p.m. where she can reach him at (334) 223-7280.[4]

Respectfully submitted this 15th day of June, 2006.

LEURA G. CANARY
United States Attorney


By: /s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

---

[3]  See Attachment 3 hereto.

[4]  See Attachment 4 hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Donna M. Paul
>102 Meadow wood Court
>Wetumpka, AL 36093

>s/R. Randolph Neeley
>Assistant United States Attorney