# Attachment 2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Donna M. Paul

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Postmark Here

Name *(Please Print Clearly) (to be completed by mailer)*
Donna M. Paul, M.D.
Street, Apt. No.; or PO Box No.
102 Meadow Wood Ct
City, State, ZIP+4
Wetumpka, AL 36093

PS Form 3800, July 1999    See Reverse for Instructions

7099 3400 0009 2318 7406

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Donna M. Paul, M.D.
102 Meadow Wood Ct
Wetumpka, AL 36093

2. Article Number *(Copy from service label)*
7099 3400 0009 2318 7406

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery
                                            6/8/06

C. Signature
X Ann Floyd
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Only; No Insurance Coverage Provided)*

Article Sent To: Donna M. Paul

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Donna M. Paul, M.D.
500 Arba Street
Montgomery AL 36104-5108

PS Form 3800, July 1999     See Reverse for Instructions

7099 3400 0009 2318 5532

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Donna M. Paul, M.D.
500 Arba St.
Montgomery, AL 36104-5108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: LaKesha Holmes
B. Date of Delivery: 6/8/06
C. Signature: X LaKesha Holmes
  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*
   7049 3400 0009 2318 5532

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789