# Attachment 3

Case 2:06-mc-03293-MHT-VPM     Document 10-4     Filed 06/15/2006     Page 1 of 4

# IN THE UNITED STATE DISTICT COURT

Dr. Donna M. Paul
Petitioner

vs.

UNITED STATES
Respondent

### Re: PETITION TO QUASH SUMMONS
### Donna M. Paul v. United States of America
### CIVIL ACTION No. 2:06 mc 3293 MHT

Dear Mr. R Randolph (Rand) Neely:

Pursuant to the Court's Order of June 5, 2006, and your letter dated, June 6, 2006, I have not been able to call you during regular business hours.

As a rheumatologist, with a very busy schedule, it is impossible for me to call you during regular business hours.

If possible, may I have an alternative after hours phone number so that I may call you?

As you may be aware, Alabama has the dishonor of having the highest rate of arthritis in the United States. In 2004 total estimated cost for arthritis treatment was $2.5 billion dollars annually. There are less than 35 rheumatologists state-wide to deal with the 34% of Alabama residents who have doctor diagnosed arthritis. This translates into 1,139,000 adults.

Mr. Neely, I am not opposed to any summons, because I have nothing to hide. But I am opposed to the IRS summons requesting information on me with the wrong name and social security number.

Nevertheless, my intention for PETITION TO QUASH SUMMONS was to correct the errors, save the tax payers dollars, IRS time and my self embarrassment, irrevocable harm and damages, which will result in thousands of dollars in court cost, in order to correct the errors found in the summons.

Therefore, my request of the court to grant petition to quash summons is still in effect.

I look forward to hearing from you in the very near future.

Respectfully submitted this 14th day of June, 2006.

_____
Dr. Donna M. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this 14th day of June, 2006.

_____
Dr. Donna M. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

