# Attachment 4

# U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

---

One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

Telephone: 334/223-7280
Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Civil Fax 334/223-7418
Criminal Fax: 334/223-7135

June 15, 2006

*VIA CERTIFIED MAIL*
Donna M. Paul, M.D.
102 Meadow Wood Ct
Wetumpka, AL 36093

*VIA CERTIFIED MAIL*
Donna M. Paul, M.D.
500 Arba St.
Montgomery, AL 36104-5108

   Re: Donna M. Paul v. United States of America
      USDC No.: 2:06-cv-3293-MHT

Dear Dr. Paul:

 I have received your letter of June 14, 2006, and will be glad to remain at my office until 6 p.m. on Monday, June 19, 2006, in order that we may comply with the Court's Order of June 5, 2006. If this is satisfactory, please have your assistant contact me or DeeDee Calhoon at 223-7280, to confirm. I have also enclosed a copy of the Interim Report that I filed with the Court today.

        Sincerely,

        FOR THE UNITED STATES ATTORNEY
        LEURA G. CANARY

        R. Randolph Neeley
        Assistant United States Attorney