IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 02:06mc3293-MHT-VPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**SECOND INTERIM REPORT**

Comes now the respondent, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this second interim report to the Court in accordance with its Order of June 5, 2006.

1.     The undersigned and petitioner spoke telephonically on July 3, 2006.  The petitioner was clear that she wished to have service re-issued as opposed to voluntarily complying with the subpoenas as issued.

2.     Given the proximity of the July 4th holiday, the undersigned was unable to contact the appropriate representative of the respondent to ascertain whether they wished to re-issue the summons in this matter, or pursue some other course of action.  The undersigned anticipates a response from the respondent no later than July 7, 2006.

Respectfully submitted this 3rd day of July, 2006.

                          LEURA G. CANARY
                          United States Attorney

               By: /s/R. Randolph Neeley
                  R. RANDOLPH NEELEY
                  Assistant United States Attorney
                  Bar Number: 9083-E56R
                  Post Office Box 197
                  Montgomery, AL  36101-0197
                  Telephone No.: (334) 223-7280
                  Facsimile No.: (334) 223-7418
                  E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Donna M. Paul
>102 Meadow wood Court
>Wetumpka, AL 36093

>s/R. Randolph Neeley
>Assistant United States Attorney