IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 02:06mc3293-MHT-VPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**THIRD INTERIM REPORT**

Comes now the respondent, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this second interim report to the Court in accordance with its Order of June 5, 2006.

1. The respondent in this matter has served a series of new summonses with the petitioner's correct middle initial and Social Security number.

2. Given the pleadings in this matter, the petitioner's Motion to Quash appears to be moot as the problems identified by her in her Motion to Quash have been resolved.

3. The respondent in this matter is filing contemporaneously herewith a Motion to Dismiss the instant action as moot.

Respectfully submitted this 13th day of July, 2006.

                    LEURA G. CANARY
                    United States Attorney

By: /s/R. Randolph Neeley
   R. RANDOLPH NEELEY
   Assistant United States Attorney
   Bar Number: 9083-E56R
   Post Office Box 197
   Montgomery, AL  36101-0197
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Donna M. Paul
    102 Meadow wood Court
    Wetumpka, AL 36093

                s/R. Randolph Neeley
                Assistant United States Attorney