IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA M. PAUL, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06mc3293-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| etc., | ) | |
| | ) | |
|    Respondent. | ) | |

**ORDER**

It is ORDERED that respondent United States of America's second motion to dismiss (doc. no. 12) is set for submission, without oral argument, on August 11, 2006, with any opposition due by said date.

DONE, this the 1st day of August, 2006.

                                       /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE