RECEIVED

# IN THE UNITED STATE DISTICT COURT

2006 AUG 11  P 2: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Donna Paul**
**Petitioner**

                                      CIVIL ACTION NO
                                      2:06mc3293-MHT

**vs.**

**UNITED STATES**
**Respondent**

## RESPONSE/ANSWERS TO MOTION TO DISMISS

**COMES NOW**, the Petitioner, by and through Pro'se Donna Paul, has filed a Response/ Answers to Motion to Dismiss reason being:

1. Petitioner and Respondent's attorney met during a telephone conference. They agreed to the following:

   a. The Petitioner desire of the court is to grant petition to quash summons.

   b. The Respondent's attorney stated that he would bring to his client's attention the request to reissue the Petitioner summons with the correct name and social security number.

   c. The Petitioner desire of the court is for the summons to be reissued in the name of Donna M. Paul and with the correct social security number on it.

   d. The Petitioner is requesting of the court that all future summons have Donna M. Paul name on it instead of Donna M. Paul and William D. Paul, reason being is that William D. Paul is currently in litigation in the same district court regarding the same matter.

3. Finally, the petitioner objected to the dismissal motion. The reason why the petitioner, filed the Petition to Quash Summons is because, IRS used

1


SCANNED
8/11/06 PJC

the wrong NAME and SSN in requesting information on the petitioner. Therefore, the wrong information will cause irrevocable and unnecessary harm to the petitioner. The petitioner, pleads with the Court to grant the Petition to Quash Summons.

Respectfully submitted 10th day of August, 2006

*/s/ Donna M. Paul*
_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383


## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
R. Randolph
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 10th day of August, 2006.

*/s/ Donna M. Paul*
_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383