IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DONNA M. PAUL,                    )
                                  )
    Petitioner,                   )
                                  )       CIVIL ACTION NO.
    v.                            )       2:06mc3293-MHT
                                  )          (WO)
UNITED STATES OF AMERICA,         )
etc.,                             )
                                  )
    Respondent.                   )

JUDGMENT

It appearing from respondent United States of America's second motion to dismiss (doc. no. 12) and petitioner Donna M. Paul's response (doc. no. 15) that the basis for petitioner Paul's petition has now been corrected, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Respondent United States of America's second motion to dismiss (doc. no. 12) is granted.

(2) Petitioner Donna M. Paul's motion to quash summonses (doc. no. 1) is dismissed as moot.

It is further ORDERED that costs are taxed against petitioner Paul, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of August, 2006.


  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE