RECEIVED

# IN THE UNITED STATES DISTRICT COURT

**Donna Paul**
**Petitioner**

**CIVIL ACTION NO**
**2:06mc3293-MHT**

vs.

**UNITED STATES**
**Respondent**

### MOTION: TO RECONSIDER AND SET A SIDE FINAL JUDGEMENT ORDER.

**COMES NOW**, the Petitioner, by and through Pro'se Donna Paul, has filed a **MOTION: TO RECONSIDER AND SET A SIDE FINAL JUDGEMENT ORDER**, reason being:

1. Petitioner has not been served by Respondent's regarding second dismissal that was granted (The first dismissal from Respondent's was dismissed).

2. Petitioner filed the petition to quash summons because, the government (IRS) made a harmful error with the wrong NAME and SSN in requesting information on the petitioner. The wrong information would cause irrevocable and unnecessary harm to the petitioner. Therefore, the Petitioner, had pleaded with the Court to grant the Petition to Quash Summons because of the above reasons.

3. The Respondent's reissued a second set of summons without a court order, while the court was reviewing the case CV Action **2:06mc3293-MHT**.

4. The final judgment of the court sided with the government (IRS) although, all parties agreed that the government (IRS) had error, which prompted the petition to quash summons in the first place.

5. The court final judgment order, penalize the Petitioner ( Tax-Payer) for standing up for her rights.

*Note: The First Set of Summons have not been quash.*

1

6.  The court ordered the petitioner to pay the government (IRS) to re-file summons at the petitioner expense (?), although the government (The Respondent's IRS) had a pro-active approach prior to final judgment order, in which, the government (IRS) served summons on various agencies regarding the petitioner, prior to the final order (?).

The Petitioner, pleads with the Court to grant **MOTION: TO RECONSIDER AND SET A SIDE FINAL JUDGEMENT ORDER**, in favor of the Petitioner.

Respectfully submitted 24th day of August, 2006

_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383


## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
  R. Randolph
  Assistant United States Attorney
  Post Office Box 197
  Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 24th day of August, 2006.

_____
Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

2