IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA M. PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06mc3293-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| etc., ) | |
| ) | |
| Respondent. ) | |

ORDER

It is ORDERED that the motion to reconsider and set aside (doc. no. 18) is denied.

DONE, this the 25th day of August, 2006.

  /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE